IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TEX PICKRON                                                                                              PLAINTIFF

v.                                    Case No. 3:12-CV-03122

TANKINETICS, INC. and STRAND
COMPOSITE ENGINEERING &
CONSTRUCTION, LLC                                                                         DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion for summary judgment (Doc. 26) is GRANTED.

This case is accordingly dismissed with prejudice. Any appropriate motion for costs or fees must be filed by February 13, 2014. Otherwise, the parties are to bear their own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 3rd day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE